UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAR 09 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cr- |
| | ) | |
| JERRY BOUCHER, | ) | 1:17-cr-0037 JMS -DML |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

**General Allegations**

At times material to these charges:

**Defendant Jerry Boucher**

1. The Defendant, Jerry Boucher, was a resident of Hendricks County in the Southern District of Indiana, and worked as a part-time youth volleyball coach.

2. On multiple occasions, the Defendant used the BitTorrent file sharing network to search for and download images and videos of minors engaging in sexually explicit conduct shared by other computers in the network.

3. The BitTorrent file sharing network is a facility of interstate or foreign commerce, and the Defendant's activities were in or affecting such

commerce. Also, the Defendant possessed the downloaded images and videos on computer storage media manufactured outside the State of Indiana.

**Definitions**

4. The term "minor" was defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

5. The term "sexually explicit conduct" was defined as actual or simulated 1) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same sex or opposite sex; 2) bestiality; 3) masturbation; 4) sadistic or masochistic abuse; or 5) lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256

6. The term "visual depiction" was defined to include undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

**COUNT 1**

18 U.S.C. § 2252(a)(4)(B)
(Possessing Child Pornography)

The United States Attorney charges that:

7. On or about August 17, 2016, in the Southern District of Indiana, the Defendant, Jerry Boucher, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter, which contained

visual depictions that had been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or shipped or transported in or affecting interstate or foreign commerce, or which were produced using materials which had been mailed, or so shipped or transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that is: the Defendant knowingly possessed a Seagate 4 terabyte external hard drive (S/N: NA5KHMZ7) that contained one or more visual depictions of minors under the age of 18 years engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), including, the following files, among others.

lsm 04-08-102

lsm 04-08-151

lsm 002-033

_lsv-001A.avi

_lsv-001B.avi

_lsv-002B.avi

_lsv-006A.avi

_lsv-006B.avi

lsm-Rada.avi

v111.avi

v111a.avi

v116.avi

v116a.avi

8. Also, one or more of these visual depictions included minors under the age of 12 years.

All of which is a violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**Forfeiture Allegations**

9. The allegations in this Information are restated for the purpose of forfeiture, pursuant to Title 18, United States Code, Section 2253.

10. In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of Defendant for a violation of 18 U.S.C. § 2252 as set forth in Count 1 of this Information, the Defendant herein, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of any of the offense set forth in the Information of which he is convicted.

11. Such property includes, but is not limited to, a Seagate 4 terabyte external hard drive (S/N: NA5KHMZ7) and the items found in his possession on or about August 17, 2016.

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

Steven D. DeBrota, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

Steven D. DeBrota
Senior Litigation Counsel

Subscribed and sworn to before me, a notary public, on this 7th day of March, 2017.

Carrie A. Griffin
Notary Public

My Commission Expires: 1/21/2024
My County of Residence: Hancock

CARRIE A. GRIFFIN
Hancock County
My Commission Expires
January 21, 2024